Page 1

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 5 2015

MATTHEW J. DYKMAN
CLERK

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW MEXICO
2

3

4    In the Matter of the Search of:

5

6

     The Residence Located at          Case No. 15-MR-576
7    25102 Hwy 70, Mescalero, NM;
     and Wilson Burgess
8

9

10

11

12        TELEPHONIC APPLICATION FOR SEARCH WARRANT
13                    July 18, 2015

14

15

16

17

18   PARTIES ON TELEPHONE CALL:

19        UNITED STATES MAGISTRATE JUDGE WILLIAM P. LYNCH
          FBI SPECIAL AGENT DANIEL J. SARKOZY
20

21

22

23

24

25

1        AGENT SARKOZY:  Okay.  I am recording, Your

2  Honor.

3        THE COURT:  All right.  If I could ask you

4  to raise your right hand.

5      Do you solemnly swear or affirm that the

6  information you give me telephonically will be true and

7  correct to the best of your knowledge, information, and

8  belief?

9        AGENT SARKOZY:  I do, Your Honor.

10        THE COURT:  All right.  You may proceed,

11  then, Agent Sarkozy.

12        AGENT SARKOZY:  Your Honor, my name is

13  Daniel J. Sarkozy.  I'm a special agent of the FBI.  I

14  have 19 and a half years of experience.  I'm assigned

15  to work the Mescalero Apache Indian Reservation since

16  2006.

17      This morning, July 18th, 2015 at approximately

18  7:15 -- correction, 11:00 AM, a caller, Parnell Evans,

19  called BIA on behalf of Fritz Burgess requesting police

20  assistance at the Burgess's residence of

21  25102 Highway 70, Mescalero, New Mexico.

22      Fritz Burgess had advised Evans by telephone

23  that his brother, Wilson Burgess, had assaulted him,

24  causing injury to his eye and the back of his head.

25      BIA had responded -- or based upon Parnell's

Telephonic Application for Warrant
July 18, 2015

1   call to BIA, BIA responded to that address only knowing

2   that Fritz Burgess had wanted three individuals removed

3   from his residence.   Those three individuals were

4   Wilson Burgess, Shawna Morgan, and Kevin Morgan.  BIA

5   responded and escorted those three individuals from the

6   property not knowing that Fritz Burgess was inside the

7   house injured.

8        A short time later, Fritz Burgess called

9   Parnell Evans again, requesting medical assistance,

10  complaining that bleeding -- serious bleeding to the

11  back of his head and feeling faint.

12       Mescalero Fire and Rescue found Fritz Burgess

13  inside his house suffering from a dislocated shoulder,

14  a lacerated kneecap, significant bruising across both

15  of his arms and his entire back, and a serious

16  laceration to the back of his head.

17       Parnell Evans, the cousin of Fritz Burgess, also

18  traveled to that residence.  And while he was there, he

19  was called by Shawna Morgan.  Shawna Morgan had advised

20  that Fritz and Wilson Burgess had been fighting all

21  morning.  Wilson -- correction.  Shawna Morgan advised

22  witnessing Wilson pushing his brother Fritz backwards,

23  causing him to strike his head on the edge of the

24  countertop or the sink.

25       Your Honor, your affiant interviewed Shawna

1　Morgan this morning, and she related that same story to

2　me.  She witnessed Wilson push Fritz backwards into the

3　countertop causing the injury to his head.

4　　　At the same time that Fire and Rescue had gone

5　to the Burgess residence, BIA responded again in

6　support of that call.  They have maintained control of

7　that residence since going to the residence the second

8　time, which, I believe, is about 11:30 this morning.

9　　　After that, the FBI and BIA agents located and

10　arrested Wilson Burgess for the assault of his brother,

11　Fritz Burgess, on Mescalero tribal charges.

12　Breathalyzer examination revealed Wilson Burgess to

13　have a .246 breath alcohol and could not be

14　interviewed.

15　　　The residence located at 25102 Highway 70,

16　Mescalero, New Mexico, is owned and occupied by both

17　Wilson and Fritz Burgess, brothers.

18　　　Based upon the information contained in this

19　affidavit, your affiant believes that one Wilson

20　Burgess assaulted Fritz Burgess inside the residence

21　located at 25102 Highway 70 Mescalero, New Mexico, in

22　violation of Title 18 Section 1153, Section 113(a)(3)

23　and 113(a)(6), and that evidence of the assault remains

24　inside the Burgess residence.

25　　　Your affiant seeks authorization for a federal

1    search warrant to search the residence located at

2    25102 Highway 70, Mescalero, New Mexico, and to seize

3    blood-spatter evidence, any possible blunt instruments

4    that may have been used during the assault of Fritz

5    Burgess, and to collect or seize any bloodstained

6    clothing, footwear or towels that could be found inside

7    the residence.

8        Your affiant also seeks the search of the body

9    of Wilson Burgess to seize a buccal or oral swab as a

10    sample of his DNA.

11        With that, Your Honor, that would be my

12    affidavit.

13        THE COURT:  Thanks.  I find that there's

14    probable cause to approve a search of the residence for

15    the items that you've outlined.  And I'll direct you on

16    the search warrant, then, to sign my signature and to

17    put underneath it, "Per direction of judge by

18    telephone."

19        Once you've done that, then you may execute the

20    search warrant.  And then on Monday, you can file

21    copies of the search warrant and search warrant

22    application with the court.

23        AGENT SARKOZY:  I'll do exactly as you say,

24    Your Honor.  And I will send you a copy of this

25    recording, a copy of my notes that I've read from, as

1   well as a copy of the return of the warrant as ordered

2   to be executed by you.

3          THE COURT:  Thanks.  I think that's all you

4   need to do then.

5          AGENT SARKOZY:  Your Honor, thank you very

6   much.

7          THE COURT:  Thank you.  Bye-bye.

8          AGENT SARKOZY:  Goodbye.

9          [End of recording.]

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              REPORTER'S CERTIFICATE

2        I, Jenifer L. Russin, CCR #182, a Certified

3    Court Reporter, do hereby certify that the proceedings

4    of the above-entitled cause were reported by me

5    stenographically, and that the within transcript is a

6    true and accurate transcription of my shorthand notes.

7         I FURTHER CERTIFY that I am neither an attorney

8    nor counsel for, nor related to or employed by any of

9    the parties to the action, and that I am not a relative

10   or employee of any attorney or counsel employed by the

11   parties hereto, or financially interested in the

12   action.

13

14

15                    *Jenifer L. Russin*

16               Jenifer L. Russin, RDR, CRR
                 Certified Court Reporter #182
17               License Expires:   12/31/2015

18

19

20

21

22

23

24

25